# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RAVIL MINGAZOV,<br>　　　　Petitioner,<br><br>　　　　v.<br><br>BARACK H. OBAMA,<br>President of the United States, *et al.*,<br>　　　　Respondents. | )<br>)<br>)<br>)<br>)　Civil Action No. 05-2479 (TFH)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the parties' Joint Motion to Continue August 4, 2016 Motion Hearing, it is hereby **ORDERED** that the motion is **GRANTED**. The hearing on Respondents' Motion for Rule 60(b) Relief from the Court's Order of May 13, 2010, which is currently scheduled for August 4, 2016, is **CONTINUED** to a date to be determined. The parties will inform the Court if there is a need to reschedule the hearing.

Dated: ___July 27, 2016___

　　　　　　　　　　　　　　　　　　THOMAS F. HOGAN
　　　　　　　　　　　　　　　　　　United States District Judge